UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA LILLY,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No. 2:19-cv-00781-AC (SS)<br><br><br><br>ORDER |

Plaintiff, who is represented by counsel, has requested leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. § 1915. ECF No. 2. On the IFP application filed, plaintiff marked a checkbox indicating that she is "incarcerated," but she did not complete the fields for her place of incarceration or provide the additional information required of prisoners seeking to proceed IFP. ECF No. 2 at 1. Based on the concurrently filed social security complaint, it appears that this checkbox may have been selected in error, as the complaint alleges that plaintiff "resides in Lodi, San Joaquin County, California" and nowhere indicates that plaintiff is a prisoner. ECF No. 1 ¶ 1.

Because prisoners seeking leave to proceed IFP are subject to different requirements than non-prisoners, see 28 U.S.C. § 1915(b)(1), the court is unable to rule on the motion without clarity as to plaintiff's status.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to proceed IFP (ECF No. 2) is DENIED without prejudice to its renewal with a clear indication of plaintiff's incarceration status;
    a. If plaintiff is indeed a prisoner, she must provide all of the information regarding such incarceration requested on the form, and comply with 28 U.S.C. § 1915(a)(2) in refiling her IFP request.
    b. If plaintiff is not a prisoner, she should refile her IFP form so indicating.
2. Plaintiff is granted 30 days from the date of this order to renew the IFP application in proper form, or to pay the filing fee. Plaintiff is cautioned that failure to timely renew the IFP in proper form, or to pay the filing fee, may result in a recommendation that this action be dismissed.

DATED: May 3, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE