UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA LILLY, | No. 2:19-cv-00781 AC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On June 29, 2020, this court issued an order to show cause for plaintiff to demonstrate why her failure to timely file a motion for summary judgment should not be deemed a waiver of the right to file such a motion at any time, and why this case should not be dismissed for failure to prosecute. ECF No. 16. Plaintiff filed a timely response showing good cause and requesting an extension of time to July 24, 2020 to file her opening brief, due to counsel's illness. Although plaintiff did not indicate whether she attempted to get a stipulation for this extension, the ex parte request for extension will be GRANTED in the interest of fairness and expediency so that this case may be resolved on the merits. Plaintiff's opening brief shall be filed no later than July 24, 2020. All other deadlines are adjusted accordingly (See ECF No. 7).

DATED: July 10, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE