UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA LILLY, | No. 2:19-cv-00781 AC |
| Plaintiff, | |
| v. | <u>ORDER TO SHOW CAUSE</u> |
| COMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    On June 29, 2020, this court ordered plaintiff to show cause why her failure to timely file a motion for summary judgment should not be deemed a waiver of the right to file such a motion, and why this case should not be dismissed for failure to prosecute. ECF No. 16. Plaintiff filed a timely response showing good cause and requesting an extension of time to July 24, 2020 to file her opening brief, due to counsel's illness. The court noted that plaintiff did not indicate whether she attempted to get a stipulation for this extension, but granted the one-time ex-parte extension in the interest of fairness and expediency so that this case might be resolved on the merits. The court adopted plaintiff's own proposed deadline, making her opening brief due no later than July 24, 2020, and extended other deadlines accordingly (<u>See</u> ECF No. 7).

    Plaintiff's own proposed due date has come and gone, and no opening brief has been filed. This brief is already long overdue. There has no communication from plaintiff seeking a further

extension.  Plaintiff is therefore ORDERED to show cause for her delay or file her opening brief no later than Wednesday, July 29, 2020.  If good cause is not timely shown or no brief is filed by that date, this case will be dismissed without prejudice for failure to prosecute.

DATED: July 27, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE