1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel
3  DANIEL P. TALBERT
   Special Assistant United States Attorney
4      Social Security Administration
       160 Spear Street, Suite 800
5      San Francisco, CA 94105
       Telephone: (415) 977-8995
6      Facsimile: (415) 744-0134
   Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERTA LILLY,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>  Commissioner of Social Security,<br><br>    Defendant. | No. 2:19-cv-00781-AC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO REMAND FOR FURTHER PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF |

    The parties stipulate by counsel that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    Upon remand, the Appeals Council will instruct the Administrative Law Judge to further evaluate whether Plaintiff performed substantial gainful activity during the period at issue; reconsider Plaintiff's residual functional capacity; further evaluate the opinion evidence from the treating and nontreating sources; if warranted, seek supplemental vocational expert evidence to determine whether there are a significant number of jobs in the national economy that Plaintiff can perform; conduct the further proceedings required to determine if Plaintiff's substance use is

a contributing factor material to a finding of disability; give Plaintiff an opportunity for a hearing; and issue a new decision for the period prior to the established onset date of June 26, 2018.  The Appeals Council will affirm that plaintiff is disabled since at least June 26, 2018.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted August 19, 2020.

DATED: August 19, 2020      */s/ Kelsey Mackenzie Brown*
KELSEY MACKENZIE BROWN
(as authorized by email)
Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney

DATED: August 19, 2020   By   *s/ Daniel P. Talbert*
DANIEL P. TALBERT
Special Assistant United States Attorney

Attorneys for Defendant

ORDER

Pursuant to stipulation, it is so ordered.

DATE: August 19, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2